FILED '08 JUN 18 12:05 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

GEORGIA FULLMER

                Plaintiff(s),

v.                                        Civil No. 07-813-TC

COMMISSIONER, SOCIAL
  SECURITY ADMINISTRATION,

                Defendant(s).

## JUDGMENT

Pursuant to sentence four of 42 USC 405(g), the above-captioned case is reversed and remanded to defendant Commissioner for further administrative proceedings.

Dated: June 18, 2008.

_____
United States Magistrate Judge

JUDGMENT